UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE SANTIAGO PINEDA CACERES,

Petitioner,

v.

WARDEN, CALIFORNIA CITY DETENTION FACILITY,

Respondents.

No. 1:26-cv-02705-DJC-EFB

ORDER

On May 18, 2026, the Parties filed a Joint Statement informing the Court that Petitioner was removed from the United States and is no longer in Respondents' custody.  (ECF No. 14.)  Accordingly, the Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED AS MOOT.  The Clerk of the Court is directed to close this action.  This Order resolves all pending motions.

IT IS SO ORDERED.

Dated:  **May 20, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

1